UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs

DAWN UPCHURCH

Case Number. 2:16-cr-86-FtM-UAMRM

USM Number: 62546-051

Zena X. Duncan, CJA
179 NE 96th Street
Miami, FL 33024

## AMENDED JUDGMENT IN A CRIMINAL CASE[1]
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to the following violation conditions: One, Two, Three, Four, and Five of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for methamphetamine on October 15, 2016, in violation of Condition Seven (7) of the Standard Conditions of Supervision | October 15, 2016 |
| Two | Failure to reside in a Residential Reentry Center/Residential Reentry Sanctions Center in violation of the Special Condition | July 26, 2016 |
| Three | Association with a person convicted of a felony in violation of Conditionme Nine (9) of the Standard Conditions of Supervision | November 28, 2016 |
| Four | Failure to abstain from the use of alcohol and/or all other intoxicants in violation of Special Condition | November 4, 2016 |
| Five | Failure to obtain from the use of alcohol and/or all other intoxicants in violation of Special Condition | November 18, 2016 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

December 12, 2016

/s/ SHERI POLSTER CHAPPELL
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

December 21, 2016

---

[1] This judgment is amended only to correct the signature date (year) of the imposition of sentence. No other changes have been made.

AO 245B (Rev. 11/16) Judgment in a Criminal Case

Dawn Upchurch
2:16-cr-86-FtM-UAMRM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 months**.

Incarceration in a facility close to home (Fort Myers, Florida)

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**

AO 245B (Rev. 11/16) Judgment in a Criminal Case